**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Steven J. Gibson                          CHAPTER 13

                        Debtor(s)

                                         BKY. NO. 21-11571 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                         Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
07 Jun 2021, 15:22:41, EDT

         KML Law Group, P.C.
         701 Market Street, Suite 5000
         Philadelphia, PA 19106-1532
         (215) 627-1322