**UPHS**
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number  6137225
Check Date  04/09/2021

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Steven J. Gibson
4307 Mantua Avenue
Philadelphia, PA 19104
US

Net Pay  1100.64

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Steven J. Gibson | 0652 |  | PAHHM | B5548 | 04/03/2021 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 72.00 | 1804.28 | 12854.75 |
| Total Deductions |  | 703.64 | 4572.23 |
| Total Net |  | 1100.64 | 8282.52 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Legal Holiday |  |  |  | 196.72 |
| Personal Holiday PAH/HM |  |  |  | 404.72 |
| Regular Pay | 12.00 | 24.39 | 300.68 | 9365.20 |
| Sick Pay |  |  |  | 601.44 |
| Vacation Pay | 60.00 | 24.39 | 1503.60 | 1835.65 |
| Worked Legal Holiday |  |  |  | 451.02 |
| Total | 72.00 |  | 1804.28 | 12854.75 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 145.75 | 1047.46 |
| MEDICARE TAX EE PAID | 23.66 | 168.89 |
| PA Unemployment EE | 1.08 | 7.71 |
| PENNSYLVANIA STATE TAX | 50.10 | 357.58 |
| PHILADELPHIA TAX | 69.85 | 497.63 |
| SOCIAL SECURITY TAX - Employee | 101.17 | 722.13 |
| Total | 391.61 | 2801.40 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 0.76 | 5.32 |
| *DC UPHS EE P Fidelity | 36.09 | 257.09 |
| *Delta Dental | 6.35 | 44.45 |
| *Health Care Flex - Odd | 100.00 | 700.00 |
| *Penn Care | 61.57 | 430.99 |
| *Vision Service Plan | 3.81 | 26.67 |
| Total | 208.58 | 1464.52 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Corestream UPHS Best | 69.64 | 69.64 |
| Short Term Disability Post Tax | 14.59 | 102.13 |
| Supplemental Life Insurance | 19.22 | 134.54 |
| Total | 103.45 | 306.31 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx7191 | PNCBANK, NATIONAL ASSOCIATION | 1100.64 |

**UPHS**
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number    6166705
Check Date    04/23/2021

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Steven J. Gibson
4307 Mantua Avenue
Philadelphia, PA 19104
US

**Net Pay**  1112.42

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Steven J. Gibson | 0652 | | PAHHM | B5548 | 04/17/2021 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 73.50 | 1843.67 | 14698.42 |
| Total Deductions | | 731.25 | 5303.48 |
| Total Net | | 1112.42 | 9394.94 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Legal Holiday | | | | 196.72 |
| Personal Holiday PAH/HM | | | | 404.72 |
| Regular Pay | 73.50 | 24.39 | 1843.67 | 11208.87 |
| Sick Pay | | | | 601.44 |
| Vacation Pay | | | | 1835.65 |
| Worked Legal Holiday | | | | 451.02 |
| Total | 73.50 | | 1843.67 | 14698.42 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 150.39 | 1197.85 |
| MEDICARE TAX EE PAID | 24.23 | 193.12 |
| PA Unemployment EE | 1.11 | 8.82 |
| PENNSYLVANIA STATE TAX | 51.31 | 408.89 |
| PHILADELPHIA TAX | 71.37 | 569.00 |
| SOCIAL SECURITY TAX - Employee | 103.62 | 825.75 |
| Total | 402.03 | 3203.43 |

**Pretax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 0.76 | 6.08 |
| *DC UPHS EE P Fidelity | 36.87 | 293.96 |
| *Delta Dental | 6.35 | 50.80 |
| *Health Care Flex - Odd | 100.00 | 800.00 |
| *Penn Care | 61.57 | 492.56 |
| *Vision Service Plan | 3.81 | 30.48 |
| Total | 209.36 | 1673.88 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Corestream UPHS Best | 86.05 | 155.69 |
| Short Term Disability Post Tax | 14.59 | 116.72 |
| Supplemental Life Insurance | 19.22 | 153.76 |
| Total | 119.86 | 426.17 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx7191 | PNCBANK, NATIONAL ASSOCIATION | 1112.42 |

UPHS  
3400 Spruce Street  
Philadelphia, PA 19104 United States of America

Number 6195603  
Check Date 05/07/2021

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Steven J. Gibson  
4307 Mantua Avenue  
Philadelphia, PA 19104  
US

Net Pay 1542.81

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Steven J. Gibson | 0652 | [redacted] | PAHHM | B5548 | 05/01/2021 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 96.00 | 2501.08 | 17199.50 |
| Total Deductions | | 958.27 | 6261.75 |
| Total Net | | 1542.81 | 10937.75 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Legal Holiday | | | | 196.72 |
| Overtime 1.5x FLSA | 8.00 | 24.39 | 305.72 | 305.72 |
| Personal Holiday PAH/HM | 12.00 | 24.39 | 300.72 | 705.44 |
| Regular Pay | 76.00 | 24.39 | 1894.64 | 13103.51 |
| Sick Pay | | | | 601.44 |
| Vacation Pay | | | | 1835.65 |
| Worked Legal Holiday | | | | 451.02 |
| Total | 96.00 | | 2501.08 | 17199.50 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 267.96 | 1465.81 |
| MEDICARE TAX EE PAID | 33.76 | 226.88 |
| PA Unemployment EE | 1.50 | 10.32 |
| PENNSYLVANIA STATE TAX | 71.49 | 480.38 |
| PHILADELPHIA TAX | 96.82 | 665.82 |
| SOCIAL SECURITY TAX - Employee | 144.37 | 970.12 |
| Total | 615.90 | 3819.33 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| *Accidental Death &Dismembrmnt | 0.76 | 6.84 |
| *DC UPHS EE P Fidelity | 50.02 | 343.98 |
| *Delta Dental | 6.35 | 57.15 |
| *Health Care Flex - Odd | 100.00 | 900.00 |
| *Penn Care | 61.57 | 554.13 |
| *Vision Service Plan | 3.81 | 34.29 |
| Total | 222.51 | 1896.39 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Corestream UPHS Best | 86.05 | 241.74 |
| Short Term Disability Post Tax | 14.59 | 131.31 |
| Supplemental Life Insurance | 19.22 | 172.98 |
| Total | 119.86 | 546.03 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx7191 | PNCBANK, NATIONAL ASSOCIATION | 1542.81 |