**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                        :         CHAPTER 13

Steven J. Gibson

           DEBTOR                     :         BKY. NO.  21-11571ELF13

**CERTIFICATION OF NO ANSWER,**
**OBJECTION, OR OTHER RESPONSIVE PLEADING**

1.  That Michael A. Cataldo, Esquire, hereby certifies that a true and correct copy of the MOTION TO EXTEND STAY was served to all interested parties via Electronic Means or Via Regular Mail.

2.  That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests an Order be entered.

           Respectfully submitted,

DATE:  June 21, 2021             _____/s/_____
           MICHAEL A. CATALDO
           CIBIK & CATALDO, P.C.
           1500 WALNUT STREET, STE. 900
           PHILADELPHIA, PA 19102
           (215) 735-1060