UPHS   Number   6224745
3400 Spruce Street
Philadelphia, PA 19104 United States of America   Check Date   05/21/2021

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Steven J. Gibson   Net Pay  1596.95
4307 Mantua Avenue
Philadelphia, PA 19104   NON-NEGOTIABLE
US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Steven J. Gibson | 0652 | ~~~~ | PAHHM | ~~~~ | 05/15/2021 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 95.75 | 2588.71 | 19788.21 |
| Total Deductions | | 991.76 | 7253.51 |
| Total Net | | 1596.95 | 12534.70 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Legal Holiday | | | | 196.72 |
| Overtime 1.5x FLSA | 15.75 | 24.39 | 605.01 | 910.73 |
| Personal Holiday PAH/HM | | | | 705.44 |
| Regular Pay | 80.00 | 24.39 | 1983.70 | 15087.21 |
| Sick Pay | | | | 601.44 |
| Vacation Pay | | | | 1835.65 |
| Worked Legal Holiday | | | | 451.02 |
| Total | 95.75 | | 2588.71 | 19788.21 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 286.85 | 1752.66 |
| MEDICARE TAX EE PAID | 35.04 | 261.92 |
| PA Unemployment EE | 1.55 | 11.87 |
| PENNSYLVANIA STATE TAX | 74.18 | 554.56 |
| PHILADELPHIA TAX | 100.21 | 766.03 |
| SOCIAL SECURITY TAX - Employee | 149.81 | 1119.93 |
| Total | 647.64 | 4466.97 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| *Accidental Death &Dismembrmnt | 0.76 | 7.60 |
| *DC UPHS EE P Fidelity | 51.77 | 395.75 |
| *Delta Dental | 6.35 | 63.50 |
| *Health Care Flex - Odd | 100.00 | 1000.00 |
| *Penn Care | 61.57 | 615.70 |
| *Vision Service Plan | 3.81 | 38.10 |
| Total | 224.26 | 2120.65 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Corestream UPHS Best | 86.05 | 327.79 |
| Short Term Disability Post Tax | 14.59 | 145.90 |
| Supplemental Life Insurance | 19.22 | 192.20 |
| Total | 119.86 | 665.89 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx7191 | PNCBANK, NATIONAL ASSOCIATION | 1596.95 |

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number: 6254442
Check Date: 06/04/2021

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Steven J. Gibson
4307 Mantua Avenue
Philadelphia, PA 19104
US

Net Pay  1778.95

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Steven J. Gibson | 0652 | | PAHHM | | 05/29/2021 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 103.50 | 2883.24 | 22671.45 |
| Total Deductions | | 1104.29 | 8357.80 |
| Total Net | | 1778.95 | 14313.65 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Legal Holiday | | | | 196.72 |
| Overtime 1.5x FLSA | 23.50 | 24.39 | 892.04 | 1802.77 |
| Personal Holiday PAH/HM | | | | 705.44 |
| Regular Pay | 80.00 | 24.39 | 1991.20 | 17078.41 |
| Sick Pay | | | | 601.44 |
| Vacation Pay | | | | 1835.65 |
| Worked Legal Holiday | | | | 451.02 |
| Total | 103.50 | | 2883.24 | 22671.45 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 350.35 | 2103.01 |
| MEDICARE TAX EE PAID | 39.30 | 301.22 |
| PA Unemployment EE | 1.73 | 13.60 |
| PENNSYLVANIA STATE TAX | 83.22 | 637.78 |
| PHILADELPHIA TAX | 111.62 | 877.65 |
| SOCIAL SECURITY TAX - Employee | 168.06 | 1287.99 |
| Total | 754.28 | 5221.25 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 0.76 | 8.36 |
| *DC UPHS EE P Fidelity | 57.66 | 453.41 |
| *Delta Dental | 6.35 | 69.85 |
| *Health Care Flex - Odd | 100.00 | 1100.00 |
| *Penn Care | 61.57 | 677.27 |
| *Vision Service Plan | 3.81 | 41.91 |
| Total | 230.15 | 2350.80 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Corestream UPHS Best | 86.05 | 413.84 |
| Short Term Disability Post Tax | 14.59 | 160.49 |
| Supplemental Life Insurance | 19.22 | 211.42 |
| Total | 119.86 | 785.75 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx7191 | PNCBANK, NATIONAL ASSOCIATION | 1778.95 |