Pay to the order of

Steven J. Gibson
4307 Mantua Avenue
Philadelphia, PA 19104
US

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Steven J. Gibson | 0652 | 814088 | PAHHM | B5548 | 08/21/2021 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 119.75 | 3477.40 | 42588.17 |
| Total Deductions | | 1245.09 | 16482.03 |
| Total Net | | 2232.31 | 27106.02 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Legal Holiday | | | | 503.73 |
| Overtime 1.5x FLSA | 31.75 | 24.88 | 1251.06 | 6682.77 |
| Personal Holiday PAH/HM | 12.00 | 24.88 | 306.67 | 1050.33 |
| Regular Pay | 52.00 | 24.88 | 1326.63 | 26410.56 |
| Back Pay | | | | 601.44 |
| Vacation Pay | 24.00 | 24.88 | 619.14 | 2448.79 |
| | | | | 889.49 |
| | 119.75 | | 3477.40 | 42585.17 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 478.39 | 4771.81 |
| MEDICARE TAX (FICA) | 47.91 | 574.98 |
| UNEMPLOYMENT EE | 2.08 | 25.55 |
| PENNSYLVANIA STATE TAX | 101.45 | 1317.38 |
| PHILADELPHIA TAX | 133.59 | 1643.32 |
| SOCIAL SECURITY TAX Employee | 204.89 | 2458.47 |
| Total | 968.29 | 10591.47 |

*MOST recent*



### Pre-Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death & Dismembrmnt | 1.04 | 14.04 |
| *DC UPHS EE P Fidelity | 69.55 | 891.75 |
| *Delta Dental | 6.15 | 101.95 |
| *Health Care Flex - Even | 100.00 | 450.00 |
| *Health Care Flex - Odd | | 1300.00 |
| *Penn Care | 61.97 | 1046.69 |
| *Vision Service Plan | 3.81 | 64.77 |
| Total | 242.52 | 3785.15 |

### After-Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Corestream UPHS Best | | 413.84 |
| Short Term Disability Post Tax | 14.66 | 249.19 |
| Supplemental Life Insurance | 19.86 | 338.45 |
| Total | 34.52 | 901.48 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx7191 | PNCBANK, NATIONAL ASSOCIATION | 3582.73 |