**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER   13 |
| **STEVEN J. GIBSON** | : | |
| Debtor | : | BANKRUPTCY NO. 21-11571-elf |
| | : | |

**PRAECIPE WITHDRAWING PROOF OF CLAIM NUMBER 10**
**FILED BY PHILADELPIA GAS WORKS**

Kindly mark as withdrawn Philadelphia Gas Works Proof of Claim Number 10 in the amount of $1094.94.  Philadelphia Gas Works Claim #10 was filed on November 8, 2021.

PHILADELPHIA GAS WORKS

/s/      Pearl Pham
Pearl Pham,
Senior Attorney
Philadelphia Gas Works
800 West Montgomery Avenue
Philadelphia, PA  19122
(215) 684-6227 (phone)
(215) 684-6798 (FAX)
pearl.pham@pgworks.com

December 13, 2021

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER  13 |
| STEVEN J. GIBSON | : | |
| Debtor | : | BANKRUPTCY NO. 21-11571-elf |

**CERTIFICATION OF SERVICE**

I, Pearl Pham, attorney for Philadelphia Gas Works, hereby certify that I have served the Philadelphia Gas Works' Praecipe to Withdraw Proof of Claim #10 on the following date by the means designated below on the date set forth below, upon all parties including the following:

**VIA ECF**

**MICHAEL I. ASSAD**
Cibik Law, P.C.
1500 Walnut St
Ste 900
Philadelphia, PA 19102
Email: mail@cibiklaw.com

**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
215-627-1377
Fax : 215-627-6299
Email: ecfemails@ph13trustee.com

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107
(215) 597-4411

Dated: December 13, 2021            /s/  Pearl Pham_____
                                    Pearl Pham
                                    Senior Attorney
                                    Philadelphia Gas Works
                                    800 West Montgomery Avenue
                                    Philadelphia, PA  19122

215-684-6227