# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 21-11571-elf |
| | : | |
| Steven J. Gibson, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to ECF No. 44 |

## Certificate of Service

I hereby certify that on this date a true and correct copy of the Debtor's Response to the Chapter 13 Trustee's Motion for Dismissal was served on all parties listed below by first class mail or through the CM/ECF system.

Dated: December 13, 2021

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Service List

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com