**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                  :        CHAPTER 13
**Steven J. Gibson**

      **DEBTOR**           :        BKY. NO.  21-11571ELF13

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cibik, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application and Application to Approve Counsel Fees.

      Respectfully Submitted,

Date:  December 28, 2021          /s/ Michael A. Cibik
      MICHAEL A. CIBIK, ESQUIRE
      CIBIK LAW, P.C.
      1500 WALNUT STREET, STE. 900
      PHILADELPHIA, PA  19102
      (215) 735-1060