**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: STEVEN GIBSON,<br><br>　　　　　　　　　Debtor(s). | Case No. 21-11571ELF13<br><br>Chapter 13 |

**ORDER**

**AND NOW**, this ____6th____ day of ____January____, 2022, upon consideration of the Application for Compensation filed by Debtor's Counsel, it is

**ORDERED** that compensation of **$4,750.00** is allowed and the balance due to counsel in the amount of **$3,250.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**