United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Steven J. Gibson  
Debtor

Case No. 21-11571-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Jan 05, 2022 | Form ID: 155 | Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven J. Gibson, 4307 Mantua Avenue, Philadelphia, PA 19104-1215 |
| 14612405 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14612407 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14612408 | + | FedLoan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14612410 | + | KML Law Group ATTN REBECCA SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14612411 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14614094 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14623493 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14613870 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14612412 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14612415 | + | PGW, Legal Dept. 4th Floor, 800 Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14612414 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14648648 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898 |
| 14612417 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14612419 | + | Trouvaillfcu, 4343 Kelly Drive, Philadelphia, PA 19129-1759 |
| 14620826 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14613661 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2022 23:40:54 | AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Attn: Exeter Finance LLC Department, Oklahoma City, OK 73118-7901 |
| 14628321 | | Email/Text: megan.harper@phila.gov | Jan 05 2022 23:39:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14612402 | | Email/Text: megan.harper@phila.gov | Jan 05 2022 23:39:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14612403 | | Email/Text: megan.harper@phila.gov | Jan 05 2022 23:39:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14612400 | + | Email/Text: ecf@ccpclaw.com | Jan 05 2022 23:38:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14612404 | + | Email/Text: bankruptcy@philapark.org | Jan 05 2022 23:39:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14612406 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jan 05 2022 23:40:54 | Exeter Finance Corp, PO Box 166008, Irving, TX 75016-6008 |
| 14613499 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2022 23:40:50 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: 155 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| 14619526 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2022 23:40:53 | Exeter Finance LLC c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14612409 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 05 2022 23:38:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14654792 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 05 2022 23:38:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14612413 | | Email/Text: bankruptcygroup@peco-energy.com | Jan 05 2022 23:38:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14612416 | + | Email/Text: bankruptcy@philapark.org | Jan 05 2022 23:39:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-2895 |
| 14622302 | + | Email/Text: bankruptcy@purchasingpower.com | Jan 05 2022 23:39:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE, Bldg.2,Ste 1200, Atlanta, GA 30339-6143 |
| 14612418 | | Email/Text: DASPUBREC@transunion.com | Jan 05 2022 23:38:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14632256 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14612401 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2022              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Steven J. Gibson mail@cibiklaw.com |
| MICHAEL I. ASSAD | on behalf of Debtor Steven J. Gibson mail@cibiklaw.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: 155 | Total Noticed: 31 |

PEARL PHAM
    on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com

REBECCA ANN SOLARZ
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Steven J. Gibson
     Debtor(s)

Chapter: 13

Bankruptcy No: 21−11571−elf

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 4th of January 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                     Eric L. Frank
                                                     Judge ,
                                                     United States Bankruptcy Court

                                                                                      49 − 12
                                                                                Form 155