# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                          Chapter 13

                          Bankruptcy No. 21-11571-ELF

STEVEN   J. GIBSON

4307 MANTUA  AVENUE

PHILADELPHIA, PA 19104

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

STEVEN   J. GIBSON

4307 MANTUA  AVENUE

PHILADELPHIA, PA 19104

Counsel for debtor(s), by electronic notice only.

MICHAEL A. CIBIK, ESQ.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102-

Date: 8/24/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee