# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 21-11571-elf |
| | : | |
| Steven J. Gibson, | : | Chapter 13 |
| | : | |
| Debtors. | : | |

## Certificate of Service

I certify that on this date, a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, the proposed order, and the proposed plan was served on the following parties by first class mail or through the CM/ECF system:

Kenneth E. West
ecfemails@ph13trustee.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Philadelphia Gas Works
pearl.pham@pgworks.com

Nationstar Mortgage LLC
bkgroup@kmllawgroup.com

Philadelphia Parking Authority
Bankruptcy Department
701 Market Street
Philadelphia, PA 19106

Peco Energy
2301 Market Street # N 3-1
Legal Department
Philadelphia PA 19103-1338

JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999
St Cloud MN 56302

U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

Purchasing Power, LLC
2727 Paces Ferry Road SE
Bldg.2,Ste 1200
Atlanta, GA 30339

Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

Exeter Finance LLC, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Dated: August 30, 2022

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com