**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Steven J. Gibson  :  Chapter 13

DEBTOR)  :  Bankruptcy No. 21-11571ELF13

**ORDER**

AND NOW, this 6th day of October, 2022 upon consideration of Debtor's Counsel's Application to Approve Supplemental Compensation.

It is **ORDERED** that the Application is **GRANTED** and that supplemental compensation of **$800.00** is **ALLOWED** to Cibik Law, P.C.  The Chapter 13 Trustee shall pay the allowed amount as an administrative expense to the extent provided in the confirmed plan.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**