United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-11571-pmm

Steven J. Gibson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Sep 12, 2023  Form ID: pdf900  Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven J. Gibson, 4307 Mantua Avenue, Philadelphia, PA 19104-1215 |
| 14612408 | + | FedLoan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14612410 | + | KML Law Group ATTN REBECCA SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14614094 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14612412 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14612417 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14612419 | + | Trouvaille Federal Credit Union, 4700 Wissahickon Ave Ste 126, Philadelphia, PA 19144-4248 |
| 14620826 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 12 2023 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 12 2023 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14613661 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 13 2023 00:07:37 | AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Attn: Exeter Finance LLC Department, Oklahoma City, OK 73118-7901 |
| 14612402 | | Email/Text: megan.harper@phila.gov | Sep 12 2023 23:58:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14612403 | | Email/Text: megan.harper@phila.gov | Sep 12 2023 23:58:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14628321 | | Email/Text: megan.harper@phila.gov | Sep 12 2023 23:58:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14612400 | + | Email/Text: ecf@ccpclaw.com | Sep 12 2023 23:58:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14612404 | + | Email/Text: bankruptcy@philapark.org | Sep 12 2023 23:58:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14612405 | | Email/Text: bankruptcycourts@equifax.com | Sep 12 2023 23:58:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14612406 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Sep 13 2023 00:30:56 | Exeter Finance Corp, PO Box 166008, Irving, TX 75016-6008 |
| 14613499 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 13 2023 00:31:00 | Exeter Finance LLC, AIS Portfolio Services, LP, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2023 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14619526 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 13 2023 00:08:25 | Exeter Finance LLC c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14612407 | ^ | MEBN | Sep 12 2023 23:46:45 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14612409 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 12 2023 23:58:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14654792 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 12 2023 23:58:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14612411 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 12 2023 23:58:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14613870 | ^ | MEBN | Sep 12 2023 23:47:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14623493 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 12 2023 23:58:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14612414 | ^ | MEBN | Sep 12 2023 23:47:06 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14612415 | ^ | MEBN | Sep 12 2023 23:47:03 | PGW, Legal Dept. 4th Floor, 800 Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14612413 | | Email/Text: bankruptcygroup@peco-energy.com | Sep 12 2023 23:58:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14648648 | ^ | MEBN | Sep 12 2023 23:47:04 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898 |
| 14612416 | + | Email/Text: bankruptcy@philapark.org | Sep 12 2023 23:58:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14622302 | + | Email/Text: bankruptcy@purchasingpower.com | Sep 12 2023 23:58:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE, Bldg.2,Ste 1200, Atlanta, GA 30339-6143 |
| 14612418 | | Email/Text: DASPUBREC@transunion.com | Sep 12 2023 23:58:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14756678 | + | Email/Text: EBN@edfinancial.com | Sep 12 2023 23:58:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | Philadelphia Gas Works, 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14632256 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14612401 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2023　　　　　Signature:　　　／s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Steven J. Gibson mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor Steven J. Gibson mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mfarrington@kmllawgroup.com |
| PEARL PHAM | on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| STEVEN  J. GIBSON | |
| Debtor | Bankruptcy No. 21-11571-pmm |

## O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: September 12, 2023**

_____
Honorable Patricia M. Mayer
Bankruptcy Judge